1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:14-CV-01382-TLN-DAD

12            Plaintiff,                   APPLICATION AND ORDER FOR
                                           PUBLICATION
13        v.

14  APPROXIMATELY $88,340.00 IN U.S.
    CURRENCY, and
15
    APPROXIMATELY $70,240.00 IN U.S.
16  CURRENCY,

17            Defendants.

18

19       The United States of America applies for an order of publication as follows:

20       1.    Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and

21  Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States

22  shall cause public notice of the action to be given in a newspaper of general circulation or

23  on the official internet government forfeiture site;

24       2.    Local Rule 171, Eastern District of California, provides that the Court shall

25  designate by order the appropriate newspaper or other vehicle for publication;

26       3.    The defendant Approximately $88,340.00 in U.S. Currency and

27  Approximately $70,240.00 in U.S. Currency (collectively "Defendant Currency") was seized

28  in the city of Sacramento, in Sacramento County, California.  Beginning on December 2,

                                    1
                                           Application and Order for Publication

1   2013, the Drug Enforcement Administration published notice of the non-judicial forfeiture

2   of the Defendant Currency for 30 consecutive days on the official internet government

3   forfeiture site www.forfeiture.gov.

4       4.     The United States proposes that publication be made as follows:

5           a.     One publication;

6           b.     Thirty (30) consecutive days;

7           c.     On the official internet government forfeiture site www.forfeiture.gov;

8           d.     The publication is to include the following:

9               (1)     The Court and case number of the action;

10              (2)     The date of the seizure/posting;

11              (3)     The identity and/or description of the property seized/posted;

12              (4)     The name and address of the attorney for the United States;

13              (5)     A statement that claims of persons entitled to possession or

14  claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and

15  served on the attorney for the United States no later than 60 days after the first day of

16  publication on the official internet government forfeiture site; and

17              (6)     A statement that answers to the Complaint or a motion under

18  Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served

19  within 21 days after the filing of the claims and, in the absence thereof, default may be

20  entered and condemnation ordered.

21  Dated:  6/9/14                                      BENJAMIN B. WAGNER

22                                                 United States Attorney

23                                  By: /s/ Jeffrey A. Spivak

24                                      JEFFREY A. SPIVAK
                                        Assistant U.S. Attorney

25                                     **ORDER**

26      IT IS SO ORDERED.

27  Dated: June 12, 2014

28                                      Troy L. Nunley
                                        United States District Judge

2

Application and Order for Publication