BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $88,340.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $70,240.00 IN U.S. CURRENCY,<br><br>    Defendants. | 2:14-CV-01382-TLN-DAD<br><br>REQUEST AND ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT |

The United States requests that the Court continue the deadline to file a Joint Status Report ("JSR") from August 22, 2014 to October 22, 2014. For the reasons set forth below, there is good cause to continue the status conference and the deadline to file a JSR.

### Introduction

On June 9, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("Defendant Currency") based on its alleged involvement in federal drug law violations. All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official

internet government forfeiture site, www.forfeiture.gov, began on June 23, 2014, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on July 31, 2014.  Potential claimant John Walker was served on June 24, 2014.

**Good Cause**

The United States has granted an extension until August 24, 2013 for potential claimant John Walker to file a claim in this case.  As a result, no person or entity other than the United States is presently a party to this case.  The United States and counsel for Walker have also held preliminary settlement discussions.

There is good cause to continue the deadline to file a joint status report in this case from August 22, 2014 to October 22, 2014 (or to another date the Court deems appropriate).

Dated:  8/18/2014                               BENJAMIN B. WAGNER
                                                United States Attorney

                                        By:    /s/ Jeffrey A. Spivak
                                                JEFFREY A. SPIVAK
                                                Assistant U.S. Attorney

**ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:  The deadline to file a Joint Status Report is continued from August 22, 2014 to October 22, 2014.

IT IS SO ORDERED.

Dated: August 21, 2014

_____
Troy L. Nunley
United States District Judge