BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CV-01382-TLN-DAD |
| Plaintiff, | |
| v. | REQUEST AND ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT |
| APPROXIMATELY $88,340.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $70,240.00 IN U.S. CURRENCY, | |
| Defendants. | |

The United States requests that the Court continue the deadline to file a Joint Status Report ("JSR") from October 22, 2014 to January 22, 2015. For the reasons set forth below, there is good cause to continue the status conference and the deadline to file a JSR.

**Introduction**

On June 9, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("Defendant Currency") based on its alleged involvement in federal drug law violations.

On August 22, 2014, the Court granted the United States' request to continue the

1

deadline to file a Joint Status Report from August 22, 2014 to October 22, 2014. (Doc. 10).

## Good Cause

The United States and potential claimant John Walker have reached a settlement in principle. The parties need additional time to finalize and file settlement documents.

Thus, for reasons of judicial economy, there is good cause to continue the deadline to file a joint status report in this case from October 22, 2014 to January 22, 2015 (or to another date the Court deems appropriate).

Dated: 10/21/2014       BENJAMIN B. WAGNER
                        United States Attorney

                  By:   /s/ Jeffrey A. Spivak
                        JEFFREY A. SPIVAK
                        Assistant U.S. Attorney

## ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order: The deadline to file a Joint Status Report is continued from October 22, 2014 to January 22, 2015.

IT IS SO ORDERED.

Dated: October 30, 2014

Troy L. Nunley
United States District Judge